UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

PAULA RODRIGUEZ,

    Plaintiff,

vs.

CARROT EXPRESS MIDTOWN, LLC,
CARROT EXPRESS, INC., and
MILOP, LLC,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Carrot Express Midtown, LLC ("Carrot Express Midtown"), and Milop, LLC ("Milop") (collectively, "Defendants"), hereby remove the state court action described below to this Court. In support of this Notice of Removal, Defendants state as follows:

1. On or about June 27, 2019, Plaintiff Paula Rodriguez ("Plaintiff") filed an action in in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2019-019325-CA-01 (the "State Action").

2. The Complaint asserts claims against Defendants under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, ("FLSA").  In Count I, Plaintiff alleges that Defendants violated the FLSA by allegedly failing to adequately compensate her for overtime worked. (Compl. ¶¶15-24). In Count II, Plaintiff claims she was retaliated against in violation of the FLSA's anti-retaliation provision. (Compl. ¶¶25-29).

3. This action is within the original subject matter jurisdiction of this Court pursuant to 28 U.S.C § 1331 because Plaintiff's has asserted claims under the FLSA. *See* 28 U.S.C § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."); 29 U.S.C. § 216(b) ("An action to recover the liability prescribed [under the FLSA] may be maintained against any employer . . . in any Federal . . . court of competent jurisdiction. . .").

4. Thus, this action is one that may be removed to this Court. *See* 28 U.S.C § 1441(a) ("[Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by . . . defendants, to the district court of the United States for the district and division embracing the place where such action is pending.").

5. Further, venue lies within the United States District Court for the Southern District of Florida (Miami Division) because the State Action was filed in Miami-Dade County, Florida. *See* 28 U.S.C. 1446(a) (" A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal. . . .").

6. Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings served upon Defendants, including the Complaint, are attached as **Exhibit A**. A copy of this Notice of Removal is being served upon Plaintiff's counsel and is being filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County  (attached as **Exhibit B**).

WHEREFORE, Defendants hereby remove the State Action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, to the United States District Court for the Southern District of Florida (Miami Division).

**Dated**: November 27, 2019	Respectfully Submitted,

                                                              s/*Miguel A. Morel*
Jonathan A. Beckerman (FBN: 568252)
Email: Jonathan.Beckerman@lewisbrisbois.com
Miguel A. Morel (FBN: 89163)
Email: Miguel.Morel@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282

*Counsel for Defendants,*
*Carrot Express Midtown LLC and Milop LLC*