EXHIBIT "A"

lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)

 

# Miami-Dade County Civil, Family and Probate Courts Online System

**◀◀ Back to Results**

**Not all search results will be displayed on-line. For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding** Access Security Matrix. (https://www.floridasupremecourt.org/content/download/241418/2133339/AOSC18-16.pdf)

## PAULA RODRIGUEZ VS CARROT EXPRESS MIDTOWN, LLC. ET AL

**Local Case Number:** 2019-019325-CA-01

**Filing Date:** 06/27/2019

**State Case Number:** 132019CA019325000001

**Case Type:** Other Civil Complaint

**Consolidated Case No.:** N/A

**Judicial Section:** CA15

**Case Status:** OPEN

---

**👥 Parties**                                                    **Number of Parties: 4** **✚**

## ⚒ Hearing Details

Number of Hearing: 0 ➕

## 🔊 Dockets

Dockets Retrieved: 16 ➖

[ Export to ▾ ]

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 13 | 11/18/2019 | | Notice of Appearance | Event | *Parties: CARROT EXPRESS MIDTOWN LLC.; MILOP LLC* |
| 📄 | 12 | 10/30/2019 | | Service Returned | Event | |
| 📄 | 11 | 10/30/2019 | | Service Returned | Event | |
| | | 07/03/2019 | | 20 Day Summons Issued | Service | |
| 📄 | 10 | 07/03/2019 | | ESummons 20 Day Issued | Event | *Parties: CARROT EXPRESS INC.* |
| | | 07/03/2019 | | 20 Day Summons Issued | Service | |
| 📄 | 9 | 07/03/2019 | | ESummons 20 Day Issued | Event | *Parties: MILOP LLC* |
| | | 07/03/2019 | | 20 Day Summons Issued | Service | |
| 📄 | 8 | 07/03/2019 | | ESummons 20 Day Issued | Event | *Parties: CARROT EXPRESS INC.* |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 7 | 07/03/2019 | | Receipt: | Event | RECEIPT#:3500142 AMT PAID:$30.00 NAME:JASON S REMER 44 W FLAGLER ST STE 2200 MIAMI FL 33130-6807 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMM |
| 📄 | 6 | 07/01/2019 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 📄 | 5 | 07/01/2019 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 📄 | 4 | 07/01/2019 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| | 3 | 06/28/2019 | | Receipt: | Event | RECEIPT#:3500265 AMT PAID:$401.00 NAME:JASON S REMER 44 W FLAGLER ST STE 2200 MIAMI FL 33130-6807 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RE |
| 📄 | 2 | 06/27/2019 | | Complaint | Event | |
| 📄 | 1 | 06/27/2019 | | Civil Cover | Event | |

◀◀ Back to Results

**Please be advised:**

The Miami-Dade Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office. This website does not provide legal advice of any kind. If you require legal advice, please consult a qualified attorney of your choosing.

Service through the Clerk's electronic access is not the official record of the Clerk. In order to assure the accuracy of the data or information, the Clerk's Office should be consulted regarding the Official Court Record.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this Link. (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH)

| Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)

Clerk's Home (http://www.miami-dadeclerk.com/home.asp)

| Privacy Statement (https://www8.miamidade.gov/global/disclaimer/privacy-and-security.page)

| Disclaimer (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)  (http://www.miamidade.gov)

| Contact Us (http://www.miami-dadeclerk.com/contact.asp)

| About Us (http://www.miami-dadeclerk.com/about.asp)

2015 Clerk of the Courts. All Rights reserved.

Filing # 91793687 E-Filed 06/27/2019 02:48:25 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>PAULA RODRIGUEZ</u>
Plaintiff
         vs.
<u>CARROT EXPRESS MIDTOWN, LLC., MILOP LLC, CARROT EXPRESS INC</u>
Defendant

**II.     TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – $50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 – $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.**    **REMEDIES SOUGHT** (check all that apply):
   ☒   Monetary;
   ☒   Non-monetary declaratory or injunctive relief;
   ☐   Punitive

**IV.**    **NUMBER OF CAUSES OF ACTION:** (     )
   (Specify)

   2

**V.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐   Yes
   ☒   No

**VI.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒   No
   ☐   Yes – If "yes" list all related cases by name, case number and court:


**VII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒   Yes
   ☐   No

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ Jason S Remer          FL Bar No.: 165580
          Attorney or party                                              (Bar number, if attorney)

   Jason S Remer 06/27/2019
          (Type or print name)                                          Date

· Filing # 91793687 E-Filed 06/27/2019 02:48:25 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: _____

PAULA RODRIGUEZ,

      Plaintiff,

v.

CARROT EXPRESS MIDTOWN, LLC.
a Florida Limited Liability Company,
MILOP LLC.
a Florida Limited Liability Company
and CARROT EXPRESS, INC.
a Florida Profit Corporation

      Defendants.

_____/

### COMPLAINT

COMES NOW, the Plaintiff, PAULA RODRIGUEZ, (hereinafter "Plaintiff"), on behalf of herself, by and through undersigned counsel, who files this Complaint against Defendants CARROT EXPRESS MIDTOWN, LLC, MILOP, LLC. and CARROT EXPRESS, INC., (collectively "Defendants"), and states as follow:

### JURISDICTION AND VENUE

1. This is an action by the Plaintiff for damages exceeding $15,000 excluding attorneys' fees and costs pursuant to the Fair Labor Standards Act, as amended (29 U.S.C. §201, et seq., hereinafter "FLSA") to recover unpaid minimum wage and/or overtime compensation, and an additional equal amount as liquidated damages, and reasonable attorneys' fees and costs.

2. The jurisdiction of the Court over this controversy is based upon 29 U.S.C. §216(b).

3. Plaintiff was at all times relevant to this action, and continues to be, a resident in Miami-Dade County, Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the FLSA.

4. Defendant, CARROT EXPRESS MIDTOWN, LLC. a Florida Limited Liability Company, having a place of business in Miami-Dade County, Florida, where Plaintiff worked for Defendant, and at all times material hereto was and is engaged in interstate commerce.

5. Venue is proper in Miami-Dade County, Florida because all of the actions that form the basis of this Complaint occurred within Miami-Dade County, Florida and payment was due in Miami-Dade County, Florida.

6. Declaratory, injunctive, legal and equitable relief is sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

## PLAINTIFF'S FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

7. Plaintiff performed work for Defendants as a non-exempt employee from on or about September 2018 to on or about February 18, 2019.

8. Throughout Plaintiff's employment, Plaintiff worked in excess of forty (40) hours per week. At all times material hereto, Defendants were on notice of and/or had or should have had full knowledge of all hours worked by Plaintiff, including those hours worked by Plaintiff in excess of forty (40) in a given work week.

9. Defendants failed to compensate Plaintiff at the required minimum wage and/or overtime rate of one and a half times Plaintiff's regular rate for all hours worked in excess of forty (40) within a single work week, as proscribed by the laws of the United States and the State of Florida.

10. Specifically, Plaintiff performed an average of (5) hours or more of overtime each week for Defendants.

11. Plaintiff continuously complained about not being paid time and a half for her hours worked over forty (40).

12. General Manager, Sebastian (LNU) stated "We know it's illegal but that's just how we do it here. If you don't like it, we can just cut your hours to forty."

13. Subsequently, Plaintiff was terminated on or about February 18, 2019 in retaliation for her complaints about not being paid correctly.

14. Plaintiff has retained the undersigned counsel in order that her rights and interests may be protected. Plaintiff has thus become obligated to pay the undersigned a reasonable attorney's fee.

## COUNT I
### *Wage & Hour Federal Statutory Violation Against*
### *CARROT EXPRESS MIDTOWN, LLC., MILOP, LLC.*
### *and CARROT EXPRESS, INC.*

15. Plaintiff re-adopt each and every factual allegation as stated in paragraphs 1 through 14 of this Complaint as if set out in full herein.

16. This action is brought by Plaintiff to recover from Defendants unpaid overtime compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq.*, and specifically under the provisions of 29 U.S.C. § 207.

17. 29 U.S.C. § 207 (a)(1) states, " No employer shall employ any of his employees... for a work week longer than 40 hours unless such employee receives compensation for his employment in excess of the hours above-specified at a rate not less than one and a half times the regular rate at which he is employed."

18. Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

19. At all times pertinent to this Complaint, Defendants operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the Defendants obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

20. Upon information and belief, the annual gross revenue of the Defendants was at all times material hereto in excess of $500,000 per annum, and, by virtue of working in interstate commerce, otherwise satisfies the FLSA's coverage requirements.

21. By reason of the foregoing, the Defendants is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendants' business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendants likewise affects interstate commerce.

22. Plaintiff seeks to recover for unpaid wages accumulated from the date of hire.

23. At all times material hereto, the Defendants failed to comply with Title 29 U.S.C. §§ 201-219 and 29 C.F.R. § 516.2 and § 516.4 *et seq.* in that Plaintiff performed services and worked in excess of the maximum hours provided by the FLSA but no provision was made by the Defendants to properly pay her at the rate of time and one half for all hours worked in excess of forty hours (40) per workweek as provided in the FLSA.

24. Defendants knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendants as set forth above. As such, Plaintiff is entitled to recover double damages.

### COUNT II
*FLSA Retaliation Violation against*
*CARROT EXPRESS MIDTOWN, LLC., MILOP, LLC.*
*and CARROT EXPRESS, INC.*

25. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 14 of this complaint as if set out in full herein.

26. 29 U.S.C. § 215(a)(3) of the FLSA states that it is a violation to "discharge or in any other manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this Act, or has testified or is about to testify in any such proceeding, or has served or is about to serve on an industry committee."

27. Defendants' conduct as set forth above constitutes a violation of the FLSA's anti-retaliation provision.

28. The motivating factor that caused Plaintiff's termination as described above was Plaintiff's complaints regarding Defendants' unlawful pay practices.

29. Defendants' conduct was in direct violation of the FLSA, and, as a direct result, Plaintiff has been damaged.

**WHEREFORE,** Plaintiff respectfully prays for the following relief against Defendants:

    a. Adjudge and decree that Defendants has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

b.  Enter judgment against the Defendants for all back wages from the date of discharge to the present date and an equal amount of back wages as liquidated damages, and;

c.  Enter judgment against the Defendants for all front wages until Plaintiff becomes 65 years of age; and

d.  Enter an award against Defendants and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

e.  Award Plaintiff the costs of this action, together with reasonable attorney fees; and

f.  Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated _____ 6-27-19 _____

Respectfully submitted,

_____

Jason S. Remer, Esq.
Florida Bar No.: 165580
jremer@rgpattorneys.com
Miriam Brooks, Esq.
Fla. Bar No.: 0118144
mbrooks@rgpattorneys.com
Manuel A. Antommattei, Esq.
Fla. Bar No.: 1010327
maa@rgpattorneys.com

**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

Filing # 91921745 E-Filed 07/01/2019 12:19:37 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2019-019325-CA-01

PAULA RODRIGUEZ,

       Plaintiff,

v.

CARROT EXPRESS MIDTOWN, LLC.
a Florida Limited Liability Company,
MILOP LLC.
a Florida Limited Liability Company
and CARROT EXPRESS, INC.
a Florida Profit Corporation

       Defendants.

_____/

SUMMONS IN A CIVIL CASE

TO: CARROT EXPRESS, INC. through its Registered Agent:

MARIO LAUFER
9100 SW 44TH STREET
MIAMI, FL 33165

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
JASON S. REMER, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                    DATE

_____
(BY) DEPUTY CLERK

Filing # 91921745 E-Filed 07/01/2019 12:19:37 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2019-019325-CA-01

PAULA RODRIGUEZ,

      Plaintiff,

v.

CARROT EXPRESS MIDTOWN, LLC.
a Florida Limited Liability Company,
MILOP LLC.
a Florida Limited Liability Company
and CARROT EXPRESS, INC.
a Florida Profit Corporation

      Defendants.

_____/

## SUMMONS IN A CIVIL CASE

TO: MILOP, LLC. through its Registered Agent:

      JONATAN MALKIND
      3252 BUENA VISTA BLVD – SUITE 108
      MIAMI, FL 33139

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
      JASON S. REMER, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET
      SUITE 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                               DATE

_____
(BY) DEPUTY CLERK

Filing # 91921745 E-Filed 07/01/2019 12:19:37 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2019-019325-CA-01

PAULA RODRIGUEZ,

      Plaintiff,

v.

CARROT EXPRESS MIDTOWN, LLC.
a Florida Limited Liability Company,
MILOP LLC.
a Florida Limited Liability Company
and CARROT EXPRESS, INC.
a Florida Profit Corporation

      Defendants.

_____/

### SUMMONS IN A CIVIL CASE

TO: CARROT EXPRESS MIDTOWN, LLC. through its Registered Agent:

      LAW OFFICE OF VALERIA SCHVARTZMAN PA
      12550 BISCAYNE BLVD – SUITE 406
      NORTH MIAMI, FL 33181

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
      JASON S. REMER, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET
      SUITE 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                               DATE

_____
(BY) DEPUTY CLERK

Filing # 91921745 E-Filed 07/01/2019 12:19:37 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2019-019325-CA-01

PAULA RODRIGUEZ,

      Plaintiff,

v.

CARROT EXPRESS MIDTOWN, LLC.
a Florida Limited Liability Company,
MILOP LLC.
a Florida Limited Liability Company
and CARROT EXPRESS, INC.
a Florida Profit Corporation

      Defendants.

_____/

### SUMMONS IN A CIVIL CASE

TO: CARROT EXPRESS, INC. through its Registered Agent:

      MARIO LAUFER
      9100 SW 44TH STREET
      MIAMI, FL 33165

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
      JASON S. REMER, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET
      SUITE 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. You must also file your answer
with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts          7/3/2019

CLERK _____      DATE

(BY) DEPUTY CLERK

Filing # 91921745 E-Filed 07/01/2019 12:19:37 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2019-019325-CA-01

PAULA RODRIGUEZ,

     Plaintiff,

v.

CARROT EXPRESS MIDTOWN, LLC.
a Florida Limited Liability Company,
MILOP LLC.
a Florida Limited Liability Company
and CARROT EXPRESS, INC.
a Florida Profit Corporation

     Defendants.

_____/

### SUMMONS IN A CIVIL CASE

**TO:** MILOP, LLC. through its Registered Agent:

JONATAN MALKIND
3252 BUENA VISTA BLVD – SUITE 108
MIAMI, FL 33139

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
JASON S. REMER, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. You must also file your answer
with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts

| | |
|---|---|
| CLERK | 7/3/2019 |
| (BY) DEPUTY CLERK | DATE |

Filing # 91921745 E-Filed 07/01/2019 12:19:37 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2019-019325-CA-01

PAULA RODRIGUEZ,

     Plaintiff,

v.

CARROT EXPRESS MIDTOWN, LLC.
a Florida Limited Liability Company,
MILOP LLC.
a Florida Limited Liability Company
and CARROT EXPRESS, INC.
a Florida Profit Corporation

     Defendants.

_____/

## SUMMONS IN A CIVIL CASE

TO: CARROT EXPRESS MIDTOWN, LLC. through its Registered Agent:

     LAW OFFICE OF VALERIA SCHVARTZMAN PA
     12550 BISCAYNE BLVD – SUITE 406
     NORTH MIAMI, FL 33181

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
     JASON S. REMER, ESQ.
     REMER & GEORGES-PIERRE, PLLC.
     44 WEST FLAGLER STREET
     SUITE 2200
     MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. You must also file your answer
with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts            7/3/2019

CLERK                               DATE

(BY) DEPUTY CLERK

Filing # 98083356 E-Filed 10/30/2019 09:30:31 AM

## RETURN OF SERVICE

| State of Florida | County of Miami-Dade | Circuit Court |
|---|---|---|

Case Number: 2019-019325-CA-01

Plaintiff:
PAULA RODRIGUEZ

vs.

Defendant:
CARROT EXPRESS MIDTOWN, LLC  A FLORIDA LIMITED COMPANY, MILOP LLC.
A FLORIDA LIMITED LIABILITY COMPANY and CARROT ESPRESS, INC. A
FLORIDA PROFIT CORPORATION

For:
JASON REMER
Remer & Georges-Pierre, Pllc.
44 West Flagler Street
Suite 2200
Miami, FL 33130

Received by Prestige Process on the 25th day of October, 2019 at 10:19 am to be served on CARROT EXPRESS
MIDTOWN, LLC THROUGH ITS REGISTERED AGENT: LAW OFFUICE OF VALERIA SCHVARTZMAN PA, 12550
BISCAYNE BLVD, SUITE 406, NORTH MIAMI, FL 33181.

I, Juan Rodriguez, do hereby affirm that on the 29th day of October, 2019 at 11:01 am, I:

served a CORPORATION by delivering a true copy of the SUMMONS IN A CIVIL CASE and COMPLAINT with the date and
hour of service endorsed thereon by me, to: Valeria SCHVARTZMAN PA as Registered AGENT for CARROT EXPRESS
MIDTOWN, LLC THROUGH ITS REGISTERED AGENT: LAW OFFUICE OF VALERIA SCHVARTZMAN PA at the address
of: 12550 BISCAYNE BLVD, SUITE 406, NORTH MIAMI, FL 33181, and informed said person of the contents therein, in
compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good
standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoing
document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

JUAN RODRIGUEZ

Juan Rodriguez
CPS # 2354

Prestige Process
P.O Box 613634
Miami, FL 33261
(305) 490-4346

Our Job Serial Number: PPJ-2019004572

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g

Filing # 98083356 E-Filed 10/30/2019 09:30:31 AM

**RETURN OF SERVICE**

| State of Florida | County of Miami-Dade | Circuit Court |
|---|---|---|

Case Number: 2019-019325-CA-01

Plaintiff:
**PAULA RODRIGUEZ**

vs.

Defendant:
**CARROT EXPRESS MIDTOWN, LLC A FLORIDA LIMITED COMPANY, MILOP LLC.
A FLORIDA LIMITED LIABILITY COMPANY and CARROT ESPRESS, INC. A
FLORIDA PROFIT CORPORATION**

For:
JASON REMER
Remer & Georges-Pierre, Pllc.
44 West Flagler Street
Suite 2200
Miami, FL 33130

Received by Prestige Process on the 25th day of October, 2019 at 10:18 am to be served on MILOP, LLC. THROUGH ITS
REGISTERED AGENT: JONATAN MALKIND, 3252 BUENA VISTA BLVD, SUITE 103, MIAMI, FL 33139.

I, Juan Rodriguez, do hereby affirm that on the 29th day of October, 2019 at 11:41 am, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE** and **COMPLAINT** with the date and
hour of service endorsed thereon by me, to: Luis Doe (REFUSED LAST NAME) as Manager/Designated To Accept In
Absence of RA for MILOP, LLC. THROUGH ITS REGISTERED AGENT: JONATAN MALKIND, at the address of: 3252
BUENA VISTA BLVD, SUITE 103, MIAMI, FL 33139, and informed said person of the contents therein, in compliance with
state statutes.

Additional Information pertaining to this Service:
10/29/2019 11:41 am Attempted service at 3252 BUENA VISTA BLVD, SUITE 103, MIAMI, FL 33139, served Luis Doe
(Refused last name) manager and designated employee to accept service in absence of RA

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good
standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoing
document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Juan Rodriguez

Juan Rodriguez
CPS # 2354

**Prestige Process**
P.O Box 613634
Miami, FL 33261
(305) 490-4346

Our Job Serial Number: PPJ-2019004573

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g

.

Filing # 99039722 E-Filed 11/18/2019 02:19:26 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO.: 2019-019325-CA-01

PAULA RODRIGUEZ,

     Plaintiff,

vs.

CARROT EXPRESS MIDTOWN, LLC *et al.*,

     Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS

    Miguel A. Morel and Jonathan A. Beckerman of the law firm of LEWIS BRISBOIS
BISGAARD & SMITH LLP, hereby give notice of their appearance on behalf of Defendants
CARROT EXPRESS MIDTOWN, LLC and MILOP LLC, and request that all pleadings, notices,
and other papers filed in this action be served on the undersigned counsel. Pursuant to Florida
Rule of Judicial Administration 2.516, the undersigned designates the following primary and
secondary e-mail addresses to be used for service of court documents in this action:

**Miguel A. Morel**
Primary address: miguel.morel@lewisbrisbois.com
Secondary address: ftlemaildesig@lewisbrisbois.com

**Jonathan A. Beckerman**
Primary address: jonathan.beckerman@lewisbrisbois.com
Secondary address: ftlemaildesig@lewisbrisbois.com

**Dated:** November 18, 2019

                        **Lewis Brisbois Bisgaard & Smith LLP**
                        110 SE 6th Street, Suite 2600
                        Fort Lauderdale, Florida  33301
                        Telephone: 954-728-4069
                        Facsimile: 954-728-1282

                        BY: */s/ Miguel A. Morel*
                               Miguel A. Morel
                               Florida Bar No.: 89163
                               Jonathan A. Beckerman
                               Florida Bar No.: 568252

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on November 18, 2019 via the Florida Courts E-Filing Portal and e-mailed to all counsel of record listed on the Service List below.


BY: */s/ Miguel A. Morel*_____
                    Miguel A. Morel


## <u>SERVICE LIST</u>

Jason S. Remer, Esq.,
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: 305-416-5500
jremer@rgpattorneys.com
mbrooks@rgpattorneys.com
mma@rgpattorneys.com