**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:19-cv-24931-BLOOM / LOUIS**

PAULA RODRIGUEZ,

    Plaintiff,

vs.

CARROT EXPRESS MIDTOWN, LLC,
CARROT EXPRESS, INC., and
MILOP, LLC,

    Defendants.

_____/

**DEFENDANTS' NOTICE OF CONSENT TO REMOVAL**

    Defendants Carrot Express Midtown, LLC and Milop, LLC, pursuant to 28 U.S.C. §§ 1441, 1446, and this Court's Order on Post-Removal Procedures [ECF No. 6], hereby give notice that all defendants to this action have joined in or consented to removal. Although Carrot Express, Inc. has not been served with process, it consented to removal.

**Dated**: December 4, 2019

    Respectfully Submitted,

    s/*Miguel A. Morel*
    Jonathan A. Beckerman (FBN: 568252)
    Email: Jonathan.Beckerman@lewisbrisbois.com
    Miguel A. Morel (FBN: 89163)
    Email: Miguel.Morel@lewisbrisbois.com
    Lewis Brisbois Bisgaard & Smith LLP
    110 SE 6th Street, Suite 2600
    Fort Lauderdale, Florida 33301
    Telephone: 954.728.1280
    Facsimile: 954.728.1282

    *Counsel for Defendants*