**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-24931-BLOOM/Louis**

PAULA RODRIGUEZ,

      Plaintiff,

v.

CARROT EXPRESS MIDTOWN, LLC,
CARROT EXPRESS, INC., and
MILOP, LLC,

      Defendants.

_____/

**ORDER APPROVING SETTLEMENT**
**AND DISMISSING CASE WITH PREJUDICE**

    **THIS CAUSE** is before the Court upon the parties' Motion for Approval of Settlement, ECF No. [30] ("Motion"), filed on February 21, 2020. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [30]**, is **GRANTED**.

2. The Confidential Settlement Agreement and General Release, ECF No. [31-1] ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

Case No. 19-cv-24931-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 24, 2020.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2